| U.S. Department of Justice<br>Executive Office for United States Attorneys<br>U.S. Attorneys | **18-CR-171** |
|---|---|

| Name of Defendant:<br>Randy D. Usow | Address: City, State and Zip Code:<br>Mequon, Wisconsin 53092 |
|---|---|
| Date of Birth:<br>xx-xx- 1956 | Occupation:<br>Accountant |
| Name of Defendant's Attorney:<br>Michael G. Goller | Address of Defendant's Attorney:<br>Reinhart Boerner SC<br>1000 North Water Street, Suite 1700,<br>Milwaukee, WI 53202 |
| Name of U.S. Attorney:<br>Matthew L. Jacobs | |
| Has warrant been issued?<br>☐YES  ☒ NO | When? | By Whom? |
| Has warrant been executed?<br>☐YES  ☒ NO | When? | Where? |
| Has defendant appeared before a Magistrate?<br>☐YES  ☒ NO | When? | Who? |
| Is the defendant in custody?<br>☐YES  ☒ NO | Where? | |

Pretrial Scheduling Conference Necessary?  ☐YES  ☐NO

| Issue:<br>WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒   Green Bay Case ☐   County:

Minor Offense

Petty Offense

Arraignment & plea before:      Judge:      Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| One | 4/8/2015 | *Theft of government property*<br>18 U.S.C. §641 | 10 years in prison, $250,000 fine, 3 years of supervised release, $100 special assessment |
| Two | 3/13/2015 | *Aggravated identity theft*<br>18 U.S.C. §1028A | Mandatory 2 years in prison, consecutive to any other sentence, $100 special assessment |

**Agency/Agent: IRS/Special Agent Crystal Albright    OCDETF: ☐YES    ☒ NO**

Case 2:18-cr-00171-PP   Filed 08/24/18   Page 1 of 1   Document 1-1